District Judge Marsha J. Pechman
Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SURINDER SINGH,<br><br>     Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>     Respondents. | CASE No. 19-cv-872-MJP-MLP<br><br>**STIPULATED MOTION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Noted on Calendar: July 8, 2019 |

## JOINT STIPULATION

**WHEREAS** on June 6, 2019, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and an emergency motion for a stay of removal. Dkt. Nos. 1, 1-1.

**WHEREAS,** on June 6, 2019, the Honorable Marsha J. Pechman temporarily stayed Petitioner's removal from the United States and ordered Respondents to show cause why the petition should not be granted within thirty days. Dkt. No. 2.

**WHEREAS,** on June 5, 2019, the day prior to the filing of the petition, the Government removed Petitioner to India.

**WHEREAS**, the parties agree that Petitioner's habeas petition is moot and should be dismissed without fees or costs to either party.

**NOW THEREFORE**, the parties, through their respective counsel of record, do hereby **STIPULATE AND AGREE**, and respectfully request, that the Court make and enter the following order:

Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is **DISMISSED** with prejudice and without fees or costs to either party.

Respectfully submitted,

| | |
|---|---|
| Dated this 8th day of July, 2019. | Dated this 8th day of July, 2019. |
| LAW OFFICES OF JENNIFER LESMEZ | BRIAN T. MORAN<br>United States Attorney |
| *s/ Jennifer Lesmez*<br>JENNIFER LESMEZ, WSBA No. 34547<br>5800 Soundview Dr., Suite B-104<br>Gig Harbor, Washington 98335<br>Phone: 509-424-8697<br>Email: jlesmez@aol.com | *s/ Michelle Lambert*<br>MICHELLE LAMBERT, NY 4666657<br>Assistant United States Attorney<br>1201 Pacific Ave, Suite 700<br>Tacoma, Washington 98406<br>Phone: 253-428-3824<br>Email: michelle.lambert@usdoj.gov |
| Attorney for Petitioner | Attorney for Respondents |

## ORDER

The parties having so stipulated, IT IS ORDERED that this case is voluntarily dismissed with prejudice, without fees or costs.

Dated this 9th day of July, 2019.

*[signature]*
Marsha J. Pechman
United States Senior District Judge

Recommended for entry this _____ of _____, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge